UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------------X    Case No. 18-CV-11348

EFIM MOSIYASH,

                     Plaintiff,    **COMPLAINT**

           - against -

HIGHLIGHT MOTOR FREIGHT USA, INC., and
KIRK KALINITCHENKO, *Individually*,

                   Defendants.

---------------------------------------------------------------------------X

      Plaintiff, EFIM MOSIYASH, by and through his attorneys, Law Office of Yuriy Moshes,

P.C., hereby complains of Defendants, upon information and belief, as follows:

### NATURE OF THE CASE

1.     Plaintiff brings this action against Defendants pursuant to the <u>Fair Labor Standards Act</u>,

    29 U.S.C. § 201, *et seq.* ("FLSA") and the <u>New Jersey Wage Payment Law,</u> N.J.S.A.

    34:11-56a1 *et. seq*. ("NJWPL") for failure to pay wages due and owed for hours worked

    in excess of forty (40) hours per workweek.

2.     Defendants required Plaintiff to work more than forty (40) hours a week, but wholly

    failed to pay him overtime wages for all the hours he worked over forty (40) in a week.

    As a result of Defendants' violation of the NJWPL and FLSA, Plaintiff is entitled to (a)

    the full amount of underpayment, (b) attorneys' fees and costs, (c) prejudgment interest,

    and (d) an additional amount as liquidated damages equal to one hundred percent of the

    total amount of the wages found to be due.

### JURISDICTION AND VENUE

3.     Jurisdiction of this Court is proper under §216(b) of the FLSA (29 U.S.C. § 216 (b)), §§

1331 and 1343.

4.    The Court has supplemental jurisdiction over Plaintiff's claims brought under state law pursuant to 28 U.S.C. §1367.

5.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) as it is a judicial district in which a substantial part of the events or omissions giving rise to the claims have occurred.

## PARTIES

6.    That at all times relevant hereto, Plaintiff EFIM MOSIYASH ("MOSIYASH") was and is a resident of the State of New Jersey and the County of Morris.

7.    That at all times relevant hereto, Defendant HIGHLIGHT MOTOR FREIGHT USA, INC. ("HIGHLIGHT MOTOR") was and is a domestic profit corporation, duly existing pursuant to, and by virtue of, the laws of the State of New Jersey, with its principal place of business located at 14 Eastmans Road, Parsippany, NJ 07054.

8.    That at all times relevant hereto, Defendant HIGHLIGHT MOTOR owned, maintained, and operated a trucking company, known as "Highlight Motor Group Inc.," located at 14 Eastmans Road, Parsippany, NJ 07054.

9.    That at all times relevant hereto, Defendant HIGHLIGHT MOTOR does business as the "Highlight Motor Group Inc." and "Highlight Motor Group USA NJ."

10.    That at all times relevant hereto, Plaintiff MOSIYASH was an employee of Defendant HIGHLIGHT MOTOR.

11.    That at all times relevant hereto, Defendant KIRK KALINITCHENKO ("KALINITCHENKO") was an employee of Defendant HIGHLIGHT MOTOR, holding the positions of "President and CEO."

2

12.   That at all times relevant hereto, Defendant KALINITCHENKO was Plaintiff MOSIYASH's supervisor and had supervisory authority over Plaintiff MOSIYASH.

13.   That at all times relevant hereto, Defendant HIGHLIGHT MOTOR and Defendant KALINITCHENKO are collectively referred to herein as "Defendants."

14.   At all times relevant hereto, Defendants had the power to, and were responsible for, determining the wages to be paid to Plaintiff MOSIYASH.

15.   At all times relevant hereto, Defendants had the power to, and did in fact, establish the terms of Plaintiff MOSIYASH's employment, including Plaintiff MOSIYASH's schedule, duties, and rate of pay.

16.   The FLSA defines "employer" to include any person acting directly or indirectly in the interest of an employer in relation to an employee and an employee is anyone who is suffered or permitted to work.   As a result, including as further described below, Defendants are liable as "employers" under the FLSA.

17.   Defendants are also jointly and severally liable as joint employers under 29 C.F.R. §791.2 for the violations complained of herein.

18.   Upon information and belief, Defendants were engaged in interstate commerce within the meaning of the FLSA in that Defendants: (a) had and have employees engaged in commerce or in the production of goods for commerce, and handles, sells, or otherwise works on goods or materials that have been moved in or produced for commerce by any person; and (b) had and have an annual gross volume of sales of not less than $500,000.00.   Further, during Plaintiff MOSIYASH's employment with Defendants, Plaintiff MOSIYASH routinely engaged in activities which facilitate or relate to interstate or foreign commerce.

3

## MATERIAL FACTS

19.    On or about November 25, 2013, Plaintiff MOSIYASH began working for Defendants as a "Forklift Driver-Operator and Truck Driver/Loader," earning approximately $1,500.00 per week.

20.    As a "Production Coordinator," Plaintiff MOSIYASH was responsible for (1) receiving and processing incoming truck loads, (2) loading and unloading freight onto trucks, (3) filling out various stock orders and packing and shipping orders, (5) drive trucks, and (6) assisting warehouse staff and customers.

21.    At all times relevant hereto, Plaintiff MOSIYASH was an exemplary employee, was never reprimanded, and always received compliments for his work performance.

22.    At all times relevant hereto, the work performed by Plaintiff MOSIYASH required no capital investment.

23.    At all times relevant hereto, Plaintiff MOSIYASH did not have any supervisory or managerial responsibilities.

24.    As Plaintiff MOSIYASH was a non-exempt employee, he should have been paid time-and-a-half his regular hourly rate for each hour worked over forty (40) each week. However, throughout Plaintiff MOSIYASH's employment with Defendants, although Defendants frequently required Plaintiff MOSIYASH to work more than forty (40) hours a week, Defendants wholly failed to compensate Plaintiff MOSIYASH at a rate of one and one-half times his regular hourly rate of pay for all hours worked in excess of forty (40) hours each week, in violation of the FLSA and the NJWPL.

25.    In fact, regardless of the number of hours that Plaintiff MOSIYASH worked each week, from on or about November 25, 2013 through on or about July 31, 2015, Defendants

always paid Plaintiff MOSIYASH the exact same amount - $1,500.00 per week.

26.     On or about August 1, 2015, Defendants increased Plaintiff MOSIYASH's weekly salary
to $2,000.00 per week. Thereafter, from on or about August 1, 2015 through on or about
October 21, 2017, Defendants always paid Plaintiff MOSIYASH the exact same amount -
$2,000.00 per week.

27.     By way of example, from on or about July 6, 2015 through on or about July 11, 2015,
Plaintiff MOSIYASH worked approximately 82 hours for Defendants, which amounts to
approximately $18.29 per hour ($1500/82hrs).  However, rather than paying Plaintiff
MOSIYASH for 40 hours at his regular hourly rate ($18.29) and 42 hours at his overtime
hourly rate ($27.44) for a total of $1884.14, Defendants only paid Plaintiff MOSIYASH a
total of $1500.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$384.14**
($1884.14 – $1500.00) for all hours worked during this week.

28.     From on or about July 13, 2015 through on or about July 18, 2015, Plaintiff MOSIYASH
worked approximately 75.25 hours for Defendants, which amounts to approximately
$19.94 per hour ($1500/75.25hrs).  However, rather than paying Plaintiff MOSIYASH
for 40 hours at his regular hourly rate ($19.94) and 35.25 hours at his overtime hourly rate
($29.90) for a total of $1,851.32, Defendants only paid Plaintiff MOSIYASH a total of
$1500.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$351.32**.

29.     From on or about July 20, 2015 through on or about July 25, 2015, Plaintiff MOSIYASH
worked approximately 72.75 hours for Defendants, which amounts to approximately
$20.62 per hour ($1500/72.75hrs).  However, rather than paying Plaintiff MOSIYASH
for 40 hours at his regular hourly rate ($20.62) and 32.75 hours at his overtime hourly rate
($30.92) for a total of $1,837.62, Defendants only paid Plaintiff MOSIYASH a total of

$1500.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$337.62**.

30.    From on or about July 27, 2015 through on or about August 1, 2015, Plaintiff MOSIYASH worked approximately 71 hours for Defendants, which amounts to approximately $21.12 per hour ($1500/71hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($21.12) and 31 hours at his overtime hourly rate ($31.70) for a total of $1,827.48, Defendants only paid Plaintiff MOSIYASH a total of $1500.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$327.48**.

31.    From on or about August 3, 2015 through on or about August 8, 2015, Plaintiff MOSIYASH worked approximately 78 hours for Defendants, which amounts to approximately $25.64 per hour ($2000/78hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($25.65) and 38 hours at his overtime hourly rate ($38.46) for a total of $2,487.14, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$487.14** ($2487.14 – $2000.00) for all hours worked during this week.

32.    From on or about August 10, 2015 through on or about August 15, 2015, Plaintiff MOSIYASH worked approximately 73.5 hours for Defendants, which amounts to approximately $27.21 per hour ($2000/73.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.21) and 33.5 hours at his overtime hourly rate ($40.82) for a total of $2,455.79, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.    Accordingly, Defendants underpaid Plaintiff MOSIYASH **$455.79**.

33.    From on or about August 17, 2015 through on or about August 22, 2015, Plaintiff MOSIYASH worked approximately 73.25 hours for Defendants, which amounts to

approximately $27.31 per hour ($2000/73.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.31) and 33.25 hours at his overtime hourly rate ($40.96) for a total of $2,453.95, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$453.95**.

34.     From on or about August 31, 2015 through on or about September 5, 2015, Plaintiff MOSIYASH worked approximately 70.5 hours for Defendants, which amounts to approximately $28.37 per hour ($2000/70.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.37) and 30.5 hours at his overtime hourly rate ($42.56) for a total of $2,432.61, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$432.61**.

35.     From on or about September 7, 2015 through on or about September 12, 2015, Plaintiff MOSIYASH worked approximately 55 hours for Defendants, which amounts to approximately $36.37 per hour ($2000/55hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($36.37) and 15 hours at his overtime hourly rate ($54.53) for a total of $2,272.71, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$272.71**.

36.     From on or about September 14, 2015 through on or about September 19, 2015, Plaintiff MOSIYASH worked approximately 78.5 hours for Defendants, which amounts to approximately $25.47 per hour ($2000/78.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($25.47) and 38.5 hours at his overtime hourly rate ($38.20) for a total of $2,490.45, Defendants only paid Plaintiff

7

MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$490.45**.

37.     From on or about September 21, 2015 through on or about September 26, 2015, Plaintiff MOSIYASH worked approximately 66.5 hours for Defendants, which amounts to approximately $30.08 per hour ($2000/66.5hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.08) and 26.5 hours at his overtime hourly rate ($45.11) for a total of $2,398.51, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$398.51**.

38.     From on or about September 28, 2015 through on or about October 3, 2015, Plaintiff MOSIYASH worked approximately 67 hours for Defendants, which amounts to approximately $29.84 per hour ($2000/67hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.84) and 27 hours at his overtime hourly rate ($44.76) for a total of $2,402.99, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$402.99**.

39.     From on or about October 5, 2015 through on or about October 10, 2015, Plaintiff MOSIYASH worked approximately 65.25 hours for Defendants, which amounts to approximately $30.64 per hour ($2000/65.25hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.64) and 25.25 hours at his overtime hourly rate ($45.96) for a total of $2,386.96, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$386.96**.

40.     From on or about October 26, 2015 through on or about October 31, 2015, Plaintiff

MOSIYASH worked approximately 69.75 hours for Defendants, which amounts to approximately $28.67 per hour ($2000/69.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.67) and 29.75 hours at his overtime hourly rate ($43.00) for a total of $2,426.53, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$426.53**.

41.     From on or about November 2, 2015 through on or about November 7, 2015, Plaintiff MOSIYASH worked approximately 67.25 hours for Defendants, which amounts to approximately $29.73 per hour ($2000/67.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.73) and 27.25 hours at his overtime hourly rate ($44.60) for a total of $2,405.23, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$405.23**.

42.     From on or about November 9, 2015 through on or about November 14, 2015, Plaintiff MOSIYASH worked approximately 67.5 hours for Defendants, which amounts to approximately $29.63 per hour ($2000/67.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.63) and 27.5 hours at his overtime hourly rate ($44.44) for a total of $2,407.39, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$407.39**.

43.     From on or about November 16, 2015 through on or about November 21, 2015, Plaintiff MOSIYASH worked approximately 69.25 hours for Defendants, which amounts to approximately $28.88 per hour ($2000/69.25hrs).  However, rather than paying Plaintiff

MOSIYASH for 40 hours at his regular hourly rate ($28.88) and 29.25 hours at his overtime hourly rate ($43.32) for a total of $2,422.37, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$422.37**.

44.     From on or about November 23, 2015 through on or about November 28, 2015, Plaintiff MOSIYASH worked approximately 74.25 hours for Defendants, which amounts to approximately $26.94 per hour ($2000/74.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($20.20) and 34.25 hours at his overtime hourly rate ($40.40) for a total of $2,461.28, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$461.28**.

45.     From on or about November 30, 2015 through on or about December 5, 2015, Plaintiff MOSIYASH worked approximately 71.5 hours for Defendants, which amounts to approximately $27.97 per hour ($2000/71.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.97) and 31.5 hours at his overtime hourly rate ($41.96) for a total of $2,440.56, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$440.56**.

46.     From on or about December 7, 2015 through on or about December 12, 2015, Plaintiff MOSIYASH worked approximately 72.25 hours for Defendants, which amounts to approximately $27.68 per hour ($2000/72.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.68) and 32.25 hours at his overtime hourly rate ($41.52) for a total of $2,446.35, Defendants only paid Plaintiff

MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$446.35**.

47. From on or about December 14, 2015 through on or about December 19, 2015, Plaintiff MOSIYASH worked approximately 76 hours for Defendants, which amounts to approximately $26.32 per hour ($2000/76hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($26.32) and 36 hours at his overtime hourly rate ($39.47) for a total of $2,473.68, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$473.68**.

48. From on or about December 21, 2015 through on or about December 26, 2015, Plaintiff MOSIYASH worked approximately 54.25 hours for Defendants, which amounts to approximately $36.85 per hour ($2000/54.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($36.85) and 14.25 hours at his overtime hourly rate ($55.28) for a total of $2,262.69, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$262.69**.

49. From on or about December 28, 2015 through on or about January 2, 2016, Plaintiff MOSIYASH worked approximately 55.75 hours for Defendants, which amounts to approximately $35.87 per hour ($2000/55.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($35.87) and 15.75 hours at his overtime hourly rate ($53.81) for a total of $2,282.53, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$282.53**.

50. From on or about January 4, 2016 through on or about January 9, 2016, Plaintiff

MOSIYASH worked approximately 78.75 hours for Defendants, which amounts to approximately $25.40 per hour ($2000/78.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($25.40) and 38.75 hours at his overtime hourly rate ($38.10) for a total of $2,492.38, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$492.38**.

51.   From on or about January 11, 2016 through on or about January 16, 2016, Plaintiff MOSIYASH worked approximately 67.5 hours for Defendants, which amounts to approximately $29.63 per hour ($2000/67.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.63) and 27.5 hours at his overtime hourly rate ($44.44) for a total of $2,407.39, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$407.39**.

52.   From on or about January 17, 2016 through on or about January 23, 2016, Plaintiff MOSIYASH worked approximately 78 hours for Defendants, which amounts to approximately $25.64 per hour ($2000/78hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($25.65) and 38 hours at his overtime hourly rate ($38.46) for a total of $2,487.14, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$487.14**.

53.   From on or about January 25, 2016 through on or about January 30, 2016, Plaintiff MOSIYASH worked approximately 68.25 hours for Defendants, which amounts to approximately $29.31 per hour ($2000/68.25hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.31) and 28.25 hours at his

overtime hourly rate ($43.96) for a total of $2,413.92, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$413.92**.

54.      From on or about February 1, 2016 through on or about February 6, 2016, Plaintiff MOSIYASH worked approximately 72.5 hours for Defendants, which amounts to approximately $27.57 per hour ($2000/72.5hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.57) and 32.5 hours at his overtime hourly rate ($41.36) for a total of $2,448.27, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$448.27**.

55.      From on or about February 8, 2016 through on or about February 13, 2016, Plaintiff MOSIYASH worked approximately 73.5 hours for Defendants, which amounts to approximately $27.20 per hour ($2000/73.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.20) and 33.5 hours at his overtime hourly rate ($40.80) for a total of $2,455.79, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$455.79**.

56.      From on or about February 15, 2016 through on or about February 20, 2016, Plaintiff MOSIYASH worked approximately 69.5 hours for Defendants, which amounts to approximately $28.77 per hour ($2000/69.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.77) and 29.5 hours at his overtime hourly rate ($43.16) for a total of $2.424.45, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff

MOSIYASH **$424.45**.

57. From on or about February 22, 2016 through on or about February 27, 2016, Plaintiff MOSIYASH worked approximately 66.5 hours for Defendants, which amounts to approximately $30.08 per hour ($2000/66.5hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.08) and 26.5 hours at his overtime hourly rate ($45.12) for a total of $2,398.51, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$398.51**.

58. From on or about February 29, 2016 through on or about March 5, 2016, Plaintiff MOSIYASH worked approximately 68.5 hours for Defendants, which amounts to approximately $29.20 per hour ($2000/68.5hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.20) and 28.5 hours at his overtime hourly rate ($43.80) for a total of $2,416.08, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$416.08**.

59. From on or about March 7, 2016 through on or about March 12, 2016, Plaintiff MOSIYASH worked approximately 62 hours for Defendants, which amounts to approximately $32.27 per hour ($2000/62hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($32.27) and 22 hours at his overtime hourly rate ($48.40) for a total of $2,354.83, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$354.83**.

60. From on or about March 14, 2016 through on or about March 19, 2016, Plaintiff MOSIYASH worked approximately 71 hours for Defendants, which amounts to

approximately $28.16 per hour ($2000/71hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.16) and 31 hours at his overtime hourly rate ($42.24) for a total of $2,436.64, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$436.64**.

61.    From on or about March 21, 2016 through on or about March 26, 2016, Plaintiff MOSIYASH worked approximately 68.75 hours for Defendants, which amounts to approximately $29.09 per hour ($2000/68.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.09) and 28.75 hours at his overtime hourly rate ($43.64) for a total of $2,418.16, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$418.16**.

62.    From on or about March 28, 2016 through on or about April 2, 2016, Plaintiff MOSIYASH worked approximately 76.75 hours for Defendants, which amounts to approximately $26.05 per hour ($2000/76.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($26.05) and 36.75 hours at his overtime hourly rate ($39.08) for a total of $2,478.83, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$478.83**.

63.    From on or about April 4, 2016 through on or about April 9, 2016, Plaintiff MOSIYASH worked approximately 73.75 hours for Defendants, which amounts to approximately $27.12 per hour ($2000/73.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.12) and 33.75 hours at his overtime hourly rate ($40.68) for a total of $2,457.63, Defendants only paid Plaintiff MOSIYASH a total of

$2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$457.63**.

64.   From on or about April 11, 2016 through on or about April 16, 2016, Plaintiff MOSIYASH worked approximately 72.5 hours for Defendants, which amounts to approximately $27.57 per hour ($2000/72.5hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.57) and 32.5 hours at his overtime hourly rate ($41.36) for a total of $2,448.27, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$448.27**.

65.   From on or about April 18, 2016 through on or about April 23, 2016, Plaintiff MOSIYASH worked approximately 70.5 hours for Defendants, which amounts to approximately $28.37 per hour ($2000/70.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.37) and 30.5 hours at his overtime hourly rate ($42.56) for a total of $2,432.61, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$432.61**.

66.   From on or about April 25, 2016 through on or about April 30, 2016, Plaintiff MOSIYASH worked approximately 71.75 hours for Defendants, which amounts to approximately $27.87 per hour ($2000/71.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.87) and 31.75 hours at his overtime hourly rate ($41.80) for a total of $2,442.51, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$442.51**.

67.   From on or about May 2, 2016 through on or about May 7, 2016, Plaintiff MOSIYASH

worked approximately 71 hours for Defendants, which amounts to approximately $28.17 per hour ($2000/71hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.17) and 31 hours at his overtime hourly rate ($42.25) for a total of $2,436.64, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$436.64**.

68.     From on or about May 9, 2016 through on or about May 14, 2016, Plaintiff MOSIYASH worked approximately 71.75 hours for Defendants, which amounts to approximately $27.87 per hour ($2000/71.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.87) and 31.75 hours at his overtime hourly rate ($41.80) for a total of $2,442.51, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$442.51**.

69.     From on or about May 16, 2016 through on or about May 21, 2016, Plaintiff MOSIYASH worked approximately 73 hours for Defendants, which amounts to approximately $27.39 per hour ($2000/73hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.39) and 33 hours at his overtime hourly rate ($41.09) for a total of $2,452.05, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$452.05**.

70.     From on or about May 23, 2016 through on or about May 28, 2016, Plaintiff MOSIYASH worked approximately 75.75 hours for Defendants, which amounts to approximately $26.40 per hour ($2000/75.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($26.40) and 35.75 hours at his overtime hourly rate ($39.60) for a total of $2,471.94, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$471.94**.

71.     From on or about May 30, 2016 through on or about June 4, 2016, Plaintiff MOSIYASH worked approximately 66 hours for Defendants, which amounts to approximately $30.29 per hour ($2000/66hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.29) and 26 hours at his overtime hourly rate ($45.44) for a total of $2,393.95, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$393.95**.

72.     From on or about June 6, 2016 through on or about June 11, 2016, Plaintiff MOSIYASH worked approximately 73.5 hours for Defendants, which amounts to approximately $27.21 per hour ($2000/73.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.21) and 33.5 hours at his overtime hourly rate ($40.82) for a total of $2,455.79, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$455.79**.

73.     From on or about June 12, 2016 through on or about June 18, 2016, Plaintiff MOSIYASH worked approximately 80.5 hours for Defendants, which amounts to approximately $24.85 per hour ($2000/80.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($24.85) and 40.5 hours at his overtime hourly rate ($37.28) for a total of $2,503.09, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$503.09**.

74.     From on or about June 20, 2016 through on or about June 25, 2016, Plaintiff MOSIYASH worked approximately 73.5 hours for Defendants, which amounts to approximately $27.21 per hour ($2000/73.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.21) and 33.5 hours at his

overtime hourly rate ($40.82) for a total of $2,455.79, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$455.79**.

75.   From on or about July 4, 2016 through on or about July 9, 2016, Plaintiff MOSIYASH worked approximately 71.25 hours for Defendants, which amounts to approximately $28.08 per hour ($2000/71.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.08) and 31.25 hours at his overtime hourly rate ($42.12) for a total of $2,438.59, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$438.59**.

76.   From on or about July 11, 2016 through on or about July 16, 2016, Plaintiff MOSIYASH worked approximately 70.5 hours for Defendants, which amounts to approximately $28.37 per hour ($2000/70.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.37) and 30.5 hours at his overtime hourly rate ($42.56) for a total of $2,432.61, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$432.61**.

77.   From on or about July 18, 2016 through on or about July 23, 2016, Plaintiff MOSIYASH worked approximately 72.5 hours for Defendants, which amounts to approximately $27.57 per hour ($2000/72.5hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.57) and 32.5 hours at his overtime hourly rate ($41.36) for a total of $2,448.27, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$448.27**.

78.   From on or about July 25, 2016 through on or about July 30, 2016, Plaintiff MOSIYASH worked approximately 70.75 hours for Defendants, which amounts to approximately

$28.27 per hour ($2000/70.75hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.27) and 30.75 hours at his overtime hourly rate ($42.40) for a total of $2,434.64, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$434.64**.

79.    From on or about August 1, 2016 through on or about August 6, 2016, Plaintiff MOSIYASH worked approximately 74.25 hours for Defendants, which amounts to approximately $26.93 per hour ($2000/74.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($26.93) and 34.25 hours at his overtime hourly rate ($40.40) for a total of $2,461.28, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$461.28**.

80.    From on or about August 8, 2016 through on or about August 13, 2016, Plaintiff MOSIYASH worked approximately 76.25 hours for Defendants, which amounts to approximately $26.24 per hour ($2000/76.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($26.24) and 36.25 hours at his overtime hourly rate ($39.36) for a total of $2,475.41, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$475.41**.

81.    From on or about August 15, 2016 through on or about August 20, 2016, Plaintiff MOSIYASH worked approximately 78.5 hours for Defendants, which amounts to approximately $25.47 per hour ($2000/78.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($25.47) and 38.5 hours at his overtime hourly rate ($38.20) for a total of $2,490.45, Defendants only paid Plaintiff

MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$490.45**.

82.    From on or about August 22, 2016 through on or about August 27, 2016, Plaintiff MOSIYASH worked approximately 75 hours for Defendants, which amounts to approximately $26.67 per hour ($2000/75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($26.67) and 35 hours at his overtime hourly rate ($40.00) for a total of $2,466.67, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$466.67**.

83.    From on or about August 29, 2016 through on or about September 3, 2016, Plaintiff MOSIYASH worked approximately 74.25 hours for Defendants, which amounts to approximately $26.94 per hour ($2000/74.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($20.20) and 34.25 hours at his overtime hourly rate ($40.40) for a total of $2,461.28, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$461.28**.

84.    From on or about September 5, 2016 through on or about September 10, 2016, Plaintiff MOSIYASH worked approximately 55.5 hours for Defendants, which amounts to approximately $36.03 per hour ($2000/55.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($36.03) and 15.5 hours at his overtime hourly rate ($54.04) for a total of $2,279.28, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$279.28**.

85.    From on or about September 12, 2016 through on or about September 17, 2016, Plaintiff

MOSIYASH worked approximately 64.5 hours for Defendants, which amounts to approximately $31.01 per hour ($2000/64.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($31.01) and 24.5 hours at his overtime hourly rate ($46.52) for a total of $2,379.87, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$379.87**.

86.    From on or about September 19, 2016 through on or about September 24, 2016, Plaintiff MOSIYASH worked approximately 64.25 hours for Defendants, which amounts to approximately $31.12 per hour ($2000/64.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($31.12) and 24.25 hours at his overtime hourly rate ($46.68) for a total of $2,377.44, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$377.44**.

87.    From on or about September 26, 2016 through on or about October 1, 2016, Plaintiff MOSIYASH worked approximately 69 hours for Defendants, which amounts to approximately $28.99 per hour ($2000/69hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.99) and 29 hours at his overtime hourly rate ($43.48) for a total of $2,420.29, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$420.29**.

88.    From on or about October 3, 2016 through on or about October 8, 2016, Plaintiff MOSIYASH worked approximately 61.25 hours for Defendants, which amounts to approximately $32.64 per hour ($2000/61.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($32.64) and 21.25 hours at his

overtime hourly rate ($48.96) for a total of $2,346.96, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$346.96**.

89.     From on or about October 10, 2016 through on or about October 15, 2016, Plaintiff MOSIYASH worked approximately 84 hours for Defendants, which amounts to approximately $23.81 per hour ($2000/84hrs).   However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($23.81) and 44 hours at his overtime hourly rate ($35.72) for a total of $2,523.81, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$523.81**.

90.     From on or about October 17, 2016 through on or about October 22, 2016, Plaintiff MOSIYASH worked approximately 84.5 hours for Defendants, which amounts to approximately $23.68 per hour ($2000/84.5hrs).   However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($23.68) and 44.5 hours at his overtime hourly rate ($35.52) for a total of $2,526.64, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$526.64**.

91.     From on or about October 24, 2016 through on or about October 29, 2016, Plaintiff MOSIYASH worked approximately 76 hours for Defendants, which amounts to approximately $26.32 per hour ($2000/76hrs).   However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($26.32) and 36 hours at his overtime hourly rate ($39.47) for a total of $2,473.68, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$473.68**.

92.     From on or about October 31, 2016 through on or about November 5, 2016, Plaintiff

MOSIYASH worked approximately 71.5 hours for Defendants, which amounts to approximately $27.97 per hour ($2000/71.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.97) and 31.5 hours at his overtime hourly rate ($41.96) for a total of $2,440.56, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$440.56**.

93.    From on or about November 21, 2016 through on or about November 26, 2016, Plaintiff MOSIYASH worked approximately 64.75 hours for Defendants, which amounts to approximately $30.88 per hour ($2000/64.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.88) and 24.75 hours at his overtime hourly rate ($46.32) for a total of $2,382.24, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$382.24**.

94.    From on or about November 28, 2016 through on or about December 3, 2016, Plaintiff MOSIYASH worked approximately 88.75 hours for Defendants, which amounts to approximately $22.53 per hour ($2000/88.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($22.53) and 48.75 hours at his overtime hourly rate ($33.80) for a total of $2,549.31, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$549.31**.

95.    From on or about December 4, 2016 through on or about December 10, 2016, Plaintiff MOSIYASH worked approximately 77.75 hours for Defendants, which amounts to approximately $25.73 per hour ($2000/77.75hrs). However, rather than paying Plaintiff

MOSIYASH for 40 hours at his regular hourly rate ($25.73) and 37.75 hours at his overtime hourly rate ($38.60) for a total of $2,485.52, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$485.52**.

96.     From on or about December 12, 2016 through on or about December 17, 2016, Plaintiff MOSIYASH worked approximately 80.75 hours for Defendants, which amounts to approximately $24.75 per hour ($2000/80.75hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($24.75) and 40.75 hours at his overtime hourly rate ($37.12) for a total of $2,504.64, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$504.64**.

97.     From on or about January 16, 2017 through on or about January 21, 2017, Plaintiff MOSIYASH worked approximately 64 hours for Defendants, which amounts to approximately $31.25 per hour ($2000/64hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($31.25) and 24 hours at his overtime hourly rate ($46.88) for a total of $2,375.01, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$375.01**.

98.     From on or about January 23, 2017 through on or about January 28, 2017, Plaintiff MOSIYASH worked approximately 72.25 hours for Defendants, which amounts to approximately $27.68 per hour ($2000/72.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.68) and 32.25 hours at his overtime hourly rate ($41.52) for a total of $2,446.35, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff

MOSIYASH **$446.35**.

99.     From on or about January 30, 2017 through on or about February 4, 2017, Plaintiff MOSIYASH worked approximately 87.5 hours for Defendants, which amounts to approximately $22.85 per hour ($2000/87.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($22.85) and 47.5 hours at his overtime hourly rate ($34.28) for a total of $2,542.85, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$542.85**.

100.    From on or about February 6, 2017 through on or about February 11, 2017, Plaintiff MOSIYASH worked approximately 54.75 hours for Defendants, which amounts to approximately $36.53 per hour ($2000/54.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($36.53) and 14.75 hours at his overtime hourly rate ($54.80) for a total of $2,269.41, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$269.41**.

101.    From on or about February 13, 2017 through on or about February 18, 2017, Plaintiff MOSIYASH worked approximately 71.25 hours for Defendants, which amounts to approximately $28.08 per hour ($2000/71.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.08) and 31.25 hours at his overtime hourly rate ($42.12) for a total of $2,438.59, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$438.59**.

102.    From on or about February 20, 2017 through on or about February 25, 2017, Plaintiff

MOSIYASH worked approximately 64.5 hours for Defendants, which amounts to approximately $31.01 per hour ($2000/64.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($31.01) and 24.5 hours at his overtime hourly rate ($46.52) for a total of $2,379.87, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$379.87**.

103.   From on or about February 26, 2017 through on or about March 4, 2017 Plaintiff MOSIYASH worked approximately 66.5 hours for Defendants, which amounts to approximately $30.08 per hour ($2000/66.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.08) and 26.5 hours at his overtime hourly rate ($45.11) for a total of $2,398.51, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$398.51**.

104.   From on or about March 5, 2017 through on or about March 11, 2017 Plaintiff MOSIYASH worked approximately 69.5 hours for Defendants, which amounts to approximately $28.77 per hour ($2000/69.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.77) and 29.5 hours at his overtime hourly rate ($43.16) for a total of $2.424.45, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$424.45**.

105.   From on or about March 13, 2017 through on or about March 18, 2017 Plaintiff MOSIYASH worked approximately 70.25 hours for Defendants, which amounts to approximately $28.48 per hour ($2000/70.25hrs).  However, rather than paying Plaintiff

MOSIYASH for 40 hours at his regular hourly rate ($28.48) and 30.25 hours at his overtime hourly rate ($42.72) for a total of $2,430.61, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$430.61**.

106.   From on or about March 20, 2017 through on or about March 25, 2017 Plaintiff MOSIYASH worked approximately 67.75 hours for Defendants, which amounts to approximately $29.52 per hour ($2000/67.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.52) and 27.75 hours at his overtime hourly rate ($44.28) for a total of $2,409.57, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$409.57**.

107.   From on or about March 27, 2017 through on or about April 1, 2017 Plaintiff MOSIYASH worked approximately 74.25 hours for Defendants, which amounts to approximately $26.94 per hour ($2000/74.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($20.20) and 34.25 hours at his overtime hourly rate ($40.40) for a total of $2,461.28, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$461.28**.

108.   From on or about April 3, 2017 through on or about April 8, 2017 Plaintiff MOSIYASH worked approximately 70 hours for Defendants, which amounts to approximately $28.57 per hour ($2000/70hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.57) and 30 hours at his overtime hourly rate ($42.86) for a total of $2,428.56, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.

Accordingly, Defendants underpaid Plaintiff MOSIYASH **$428.56**.

109.    From on or about April 10, 2017 through on or about April 15, 2017 Plaintiff
MOSIYASH worked approximately 64 hours for Defendants, which amounts to
approximately $31.25 per hour ($2000/64hrs). However, rather than paying Plaintiff
MOSIYASH for 40 hours at his regular hourly rate ($31.25) and 24 hours at his overtime
hourly rate ($46.88) for a total of $2,375.01, Defendants only paid Plaintiff MOSIYASH
a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$375.01**.

110.    From on or about April 17, 2017 through on or about April 22, 2017 Plaintiff
MOSIYASH worked approximately 75.25 hours for Defendants, which amounts to
approximately $24.40 per hour ($2000/75.25hrs). However, rather than paying Plaintiff
MOSIYASH for 40 hours at his regular hourly rate ($24.40) and 35.25 hours at his
overtime hourly rate ($36.60) for a total of $2,468.43, Defendants only paid Plaintiff
MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff
MOSIYASH **$468.43**.

111.    From on or about April 24, 2017 through on or about April 29, 2017 Plaintiff
MOSIYASH worked approximately 75.25 hours for Defendants, which amounts to
approximately $24.40 per hour ($2000/75.25hrs). However, rather than paying Plaintiff
MOSIYASH for 40 hours at his regular hourly rate ($24.40) and 35.25 hours at his
overtime hourly rate ($36.60) for a total of $2,468.43, Defendants only paid Plaintiff
MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff
MOSIYASH **$468.43**.

112.    From on or about May 1, 2017 through on or about May 6, 2017 Plaintiff MOSIYASH
worked approximately 72.25 hours for Defendants, which amounts to approximately

$27.68 per hour ($2000/72.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.68) and 32.25 hours at his overtime hourly rate ($41.52) for a total of $2,446.35, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$446.35**.

113.   From on or about May 8, 2017 through on or about May 13, 2017 Plaintiff MOSIYASH worked approximately 68.5 hours for Defendants, which amounts to approximately $29.20 per hour ($2000/68.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.20) and 28.5 hours at his overtime hourly rate ($43.80) for a total of $2,416.08, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$416.08**.

114.   From on or about May 15, 2017 through on or about May 20, 2017 Plaintiff MOSIYASH worked approximately 66.5 hours for Defendants, which amounts to approximately $30.08 per hour ($2000/66.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.08) and 26.5 hours at his overtime hourly rate ($45.11) for a total of $2,398.51, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$398.51**.

115.   From on or about May 22, 2017 through on or about May 27, 2017 Plaintiff MOSIYASH worked approximately 53 hours for Defendants, which amounts to approximately $37.73 per hour ($2000/53hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($37.73) and 13 hours at his overtime hourly rate ($56.60) for a total of $2,245.28, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$245.28**.

116.   From on or about June 5, 2017 through on or about June 10, 2017 Plaintiff MOSIYASH

worked approximately 69.5 hours for Defendants, which amounts to approximately $28.77 per hour ($2000/69.5hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.77) and 29.5 hours at his overtime hourly rate ($43.16) for a total of $2.424.45, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$424.45**.

117.     From on or about June 12, 2017 through on or about June 17, 2017 Plaintiff MOSIYASH worked approximately 70.25 hours for Defendants, which amounts to approximately $28.48 per hour ($2000/70.25hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($28.48) and 30.25 hours at his overtime hourly rate ($42.72) for a total of $2,430.61, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$430.61**.

118.     From on or about June 19, 2017 through on or about June 24, 2017 Plaintiff MOSIYASH worked approximately 66 hours for Defendants, which amounts to approximately $30.29 per hour ($2000/66hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.29) and 26 hours at his overtime hourly rate ($45.44) for a total of $2,393.95, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$393.95**.

119.     From on or about June 26, 2017 through on or about July 1, 2017 Plaintiff MOSIYASH worked approximately 73.25 hours for Defendants, which amounts to approximately $27.31 per hour ($2000/73.25hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($27.31) and 33.25 hours at his overtime hourly rate ($40.96) for a total of $2,453.95, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$453.95**.

120.     From on or about July 3, 2017 through on or about July 8, 2017 Plaintiff MOSIYASH worked approximately 55.5 hours for Defendants, which amounts to approximately $36.03 per hour ($2000/55.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($36.03) and 15.5 hours at his overtime hourly rate ($54.04) for a total of $2,279.28, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$279.28**.

121.     From on or about July 10, 2017 through on or about July 15, 2017 Plaintiff MOSIYASH worked approximately 43.75 hours for Defendants, which amounts to approximately $45.71 per hour ($2000/43.75hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($45.71) and 3.75 hours at his overtime hourly rate ($68.56) for a total of $2,085.71, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$85.71**.

122.     From on or about July 24, 2017 through on or about July 29, 2017 Plaintiff MOSIYASH worked approximately 67.25 hours for Defendants, which amounts to approximately $29.73 per hour ($2000/67.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.73) and 27.25 hours at his overtime hourly rate ($44.60) for a total of $2,405.23, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$405.23**.

123.     From on or about July 31, 2017 through on or about August 5, 2017 Plaintiff MOSIYASH worked approximately 65.25 hours for Defendants, which amounts to approximately $30.64 per hour ($2000/65.25hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.64) and 25.25 hours at his overtime hourly rate ($45.96) for a total of $2,386.96, Defendants only paid Plaintiff

MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$386.96**.

124.   From on or about August 7, 2017 through on or about August 12, 2017 Plaintiff MOSIYASH worked approximately 61.75 hours for Defendants, which amounts to approximately $32.40 per hour ($2000/61.75hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($32.40) and 21.75 hours at his overtime hourly rate ($48.60) for a total of $2,352.24, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$352.24**.

125.   From on or about August 14, 2017 through on or about August 19, 2017 Plaintiff MOSIYASH worked approximately 67.25 hours for Defendants, which amounts to approximately $29.73 per hour ($2000/67.25hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($29.73) and 27.25 hours at his overtime hourly rate ($44.60) for a total of $2,405.23, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$405.23**.

126.   From on or about August 21, 2017 through on or about August 26, 2017 Plaintiff MOSIYASH worked approximately 64.25 hours for Defendants, which amounts to approximately $31.12 per hour ($2000/64.25hrs). However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($31.12) and 24.25 hours at his overtime hourly rate ($46.68) for a total of $2,377.44, Defendants only paid Plaintiff MOSIYASH a total of $2000.00. Accordingly, Defendants underpaid Plaintiff MOSIYASH **$377.44**.

127.    From on or about August 28, 2017 through on or about September 2, 2017 Plaintiff MOSIYASH worked approximately 62.5 hours for Defendants, which amounts to approximately $32.00 per hour ($2000/62.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($32.00) and 22.5 hours at his overtime hourly rate ($48.00) for a total of $2,360.00, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$360.00**.

128.    From on or about September 4, 2017 through on or about September 9, 2017 Plaintiff MOSIYASH worked approximately 51.5 hours for Defendants, which amounts to approximately $38.83 per hour ($2000/51.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($38.83) and 11.5 hours at his overtime hourly rate ($58.24) for a total of $2,223.30, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.   Accordingly, Defendants underpaid Plaintiff MOSIYASH **$223.30**.

129.    From on or about September 11, 2017 through on or about September 16, 2017 Plaintiff MOSIYASH worked approximately 61 hours for Defendants, which amounts to approximately $32.80 per hour ($2000/61hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($32.80) and 21 hours at his overtime hourly rate ($49.20) for a total of $2,344.27, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$344.27**.

130.    From on or about September 18, 2017 through on or about September 23, 2017 Plaintiff MOSIYASH worked approximately 70.75 hours for Defendants, which amounts to approximately $28.27 per hour ($2000/70.75hrs). However, rather than paying Plaintiff

MOSIYASH for 40 hours at his regular hourly rate ($28.27) and 30.75 hours at his overtime hourly rate ($42.40) for a total of $2,434.64, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.    Accordingly, Defendants underpaid Plaintiff MOSIYASH **$434.64**.

131.    From on or about September 25, 2017 through on or about September 30, 2017 Plaintiff MOSIYASH worked approximately 66.5 hours for Defendants, which amounts to approximately $30.08 per hour ($2000/66.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($30.08) and 26.5 hours at his overtime hourly rate ($45.11) for a total of $2,398.51, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.    Accordingly, Defendants underpaid Plaintiff MOSIYASH **$398.51**.

132.    From on or about October 2, 2017 through on or about October 7, 2017 Plaintiff MOSIYASH worked approximately 55 hours for Defendants, which amounts to approximately $36.37 per hour ($2000/55hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($36.37) and 15 hours at his overtime hourly rate ($54.53) for a total of $2,272.71, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.  Accordingly, Defendants underpaid Plaintiff MOSIYASH **$272.71**.

133.    From on or about October 9, 2017 through on or about October 14, 2017 Plaintiff MOSIYASH worked approximately 59.5 hours for Defendants, which amounts to approximately $33.63 per hour ($2000/59.5hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($33.63) and 19.5 hours at his overtime hourly rate ($50.44) for a total of $2,327.73, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.    Accordingly, Defendants underpaid Plaintiff

MOSIYASH **$327.73**.

134.   From on or about October 16, 2017 through on or about October 21, 2017 Plaintiff MOSIYASH worked approximately 62.75 hours for Defendants, which amounts to approximately $31.87 per hour ($2000/62.75 hrs).  However, rather than paying Plaintiff MOSIYASH for 40 hours at his regular hourly rate ($31.87) and 22.75 hours at his overtime hourly rate ($47.81) for a total of $2,362.56, Defendants only paid Plaintiff MOSIYASH a total of $2000.00.    Accordingly, Defendants underpaid Plaintiff MOSIYASH **$362.56**.

135.   On or about October 29, 2017, Plaintiff MOSIYASH resigned from his position as a result of Defendants' failure to pay him any overtime compensation for any of the hours worked over 40 in a week.

136.   Thus, Plaintiff MOSIYASH is owed a **total of 44,576.81** in unpaid overtime wages for work performed for Defendants.

137.   Plaintiff MOSIYASH was damaged by Defendants' failure to pay him lawfully earned overtime wages.

138.   Defendants' failure to pay Plaintiff MOSIYASH him proper overtime wages required by law was willful.

139.   Defendants' conduct was malicious, willful, outrageous, and conducted with full knowledge of the law.  As such, Plaintiff MOSIYASH demands Liquidated Damages as against all Defendants, jointly and severally.

**AS A FIRST CAUSE OF ACTION**
**VIOLATION OF THE FAIR LABOR STANDARDS ACT**
**OVERTIME**

140.   Plaintiff repeats and realleges each and every paragraph above as if said paragraph was

more fully set forth herein at length.

141. Defendants willfully employed Plaintiff for workweeks longer than forty (40) hours and failed to compensate Plaintiff for his employment in excess of forty (40) hours per week at a rate of at least one-and-one-half times the rate at which he was employed.

142. Defendants failed to pay overtime wages to Plaintiff as required by the FLSA, 29 U.S.C. § 201, *et seq.*, and its implementing regulations.

143. Defendants' failure to pay Plaintiff overtime pay in accordance with the FLSA is a direct violation of the FLSA, specifically 29 U.S.C. § 207.

144. Defendants' failure to pay proper overtime wages for each hour worked over forty (40) per week was willful within the meaning of 29 U.S.C. § 255.

145. Defendants' failure to comply with the FLSA has caused Plaintiff to suffer a loss of wages.

146. As a result of the underpayment of wages alleged in this Complaint, Plaintiff has been damaged in at least an amount equal to such underpayment of wages, and Defendants are therefore indebted to Plaintiff for back wages and an additional amount as liquidated damages equal to one hundred percent of the total amount of the wages found to be due.

### AS A SECOND CAUSE OF ACTION
### FOR VIOLATION OF THE NEW JERSEY WAGE PAYMENT LAW
### OVERTIME

147. Plaintiff repeats and realleges each and every allegation made in the above paragraphs of this complaint as if same were set forth herein fully at length.

148. Defendants failed to pay Plaintiff overtime wages at a rate of one and one-half times his normal hourly pay rate for hours worked in excess of forty (40) hours per week.

149. Plaintiff brings this state law claim pursuant to N.J.S.A. 34:11-56a1, *et seq.*

150.   As a result of the underpayment of wages alleged in this Complaint, Plaintiff has been damaged in at least an amount equal to such underpayment of wages, and Defendants are therefore indebted to Plaintiff for back wages an additional amount as liquidated damages equal to one hundred percent of the total amount of the wages found to be due.

## JURY DEMAND

151.   Plaintiff requests a jury trial on all issues to be tried.

**WHEREFORE**, Plaintiff respectfully requests a judgment against Defendants:

A.   Declaring that Defendants engaged in unlawful employment practices prohibited by the FLSA and the NJWPL by failing to pay Plaintiff his overtime wages;

B.   Awarding damages to Plaintiff for all unpaid overtime wages due under the FLSA and the NJWPL;

C.   Awarding Plaintiff liquidated damages as a result of Defendants' willful failure to pay overtime wages;

D.   Awarding Plaintiff attorneys' fees, costs, and expenses incurred in the prosecution of the action; and

E.   Awarding Plaintiff such other and further relief as the Court may deem equitable, just and proper to remedy Defendants' unlawful employment practices.

Dated: New York, New York
      July 3, 2018

**LAW OFFICE OF
YURIY MOSHES, P.C.**

By: _____

Alex Umansky, Esq.
*Attorneys for Plaintiff*
322 West 48th Street, 6th Floor
New York, New York 10036
(718) 504-6090
aumansky@mosheslaw.com

39